UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA,<br><br>        Plaintiff,<br>v.<br><br>CARL KARCHER ENTERPRISES, INC., dba CARL'S JR; RANDY A. KELLEY and PAMELA S. KELLEY,<br><br>        Defendant. | Case No.: C-11-465 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

    The court has been advised that the parties have reached a settlement of all claims. Plaintiff Anthony Lerma ("Lerma") shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than September 15, 2011.  If a dismissal of the action is not filed by that date, Lerma shall appear on October 11, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

1 | Failure to comply with this Order may result in dismissal of the action pursuant to
2 | Federal Rule of Civil Procedure 41(b).
3 |     IT IS SO ORDERED.

Dated: 8/29/2011

                                             PAUL S. GREWAL
                                             United States Magistrate Judge