1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California 95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARL KARCHER ENTERPRISES, INC., dba CARL'S JR; RANDY A. KELLEY; PAMELA S. KELLEY; and BY-THE-BAY INVESTMENTS, INC.,<br><br>　　　　Defendants. | No. 5:11-CV-00465-PSG<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma and Defendants Carl Karcher Enterprises, Inc., dba Carl's Jr, Randy A. Kelley, Pamela S. Kelley, and By-the-Bay Investments, Inc., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: September 13, 2011　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　/s/ Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Anthony Lerma

*Lerma v. Carl Karcher Enterprises, Inc., et al.*
Stipulation for Dismissal

1 | Date: September 13, 2011

FARBSTEIN & BLACKMAN

/s/ John S. Blackman
John S. Blackman, Attorneys for
Defendants Carl Karcher Enterprises,
Inc., Randy A. Kelley, Pamela S.
Kelley, and By-the-Bay Investments, Inc.